[346 N.C. 176 (1997)]

KEVIN LEE JUSTICE v. CONSTANCE LEE JUSTICE

No. 449A96

(Filed 9 May 1997)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 123 N.C. App. 733, 475 S.E.2d 225 (1996), vacating an order entered by Washburn, J., on 4 January 1995, in District Court, Alamance County and remanding for entry of an order allowing defendant's motion to dismiss. Heard in the Supreme Court 15 April 1997.

*Wishart, Norris, Henninger & Pittman, P.A., by June K. Allison, for plaintiff-appellant.*

*Manning, Fulton & Skinner, P.A., by Michael S. Harrell and Cary E. Close, for defendant-appellee.*

PER CURIAM.

AFFIRMED.